AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Texas

| | |
|---|---|
| John Van Stry, | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 2:19-cv-00104-JRG |
| | ) |
| Travis Robert McCrea and Francisco Humberto Dias doing business as "Frantech Solutions," | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Francisco Humberto Dias  dba Frantech Solutions
3635 Craigmillar Ave.
Victoria, BC  V8P 3H2
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| FISCHMAN LAW PLLC | | LAW OFFICE OF JOSHUA S. WYDE |
| 710 N Post Oak Rd Ste 105 | | 710 N Post Oak Rd Ste 105 |
| Houston, TX 77024–3808 | OR | Houston, TX 77024–3808 |
| United States of America | | United States of America |
| 713.900.4924 | | 713.482.1916 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    **3/27/19**

_David A. O'Toole_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00104-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*_____

_____on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)*_____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)*_____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specifiy)*:


My fees are $ _____ for travel and $_____for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____

                                                    _____
                                                                *Server's signature*


                                                    _____
                                                                *Printed name and title*


                                                    _____
                                                                *Server's address*


Additional information regarding attempted service, etc.: