IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| John Van Stry, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No.   2:19-cv-00104-WCB |
| Travis Robert McCrea and Francisco Humberto Dias doing business as "Frantech Solutions," | § § § § | Jury |
| *Defendants.* | § § § | |

NOTICE OF DISMISSAL OF DEFENDANT
FRANCISCO HUMBERTO DIAS DOING BUSINESS
AS FRANTECH SOLUTIONS WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, Mr. John Van Stry, hereby files this notice of dismissal without prejudice for Defendant Mr. Francisco Humberto Dias ("Mr. Dias") doing business as "Frantech Solutions."

Mr. Dias has not been served with the Complaint in this action. Mr. Dias has neither answered nor moved for summary judgment. This case is not a class action under Rule 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2. A receiver has not been appointed in this case.

While this case appears not to be governed by any statute or rule that requires a court order for dismissal of the case, Plaintiff, nevertheless, is contemporaneously submitting a proposed order for dismissal.

Dated: June 13, 2019

Respectfully submitted,
s/ Joshua Wyde
Joshua S. Wyde
  Tex. State Bar No. 24060858

THE LAW OFFICE OF JOSHUA S WYDE
710 N. Post Oak Rd. Suite 105
Houston, TX 77024
Tel: (713) 482–1916
Fax: (713) 466–6563
jwyde@wydelegal.com

s/ Gary J. Fischman
Gary J. Fischman
  Tex. State Bar No. 00787469

FISCHMAN LAW PLLC
710 N. Post Oak Rd. Suite 105
Houston, TX 77024
Tel: (713) 900–4924
fischman@fischmaniplaw.com

*Attorneys for Plaintiff John Van Stry*

**CERTIFICATE OF SERVICE**

I certify that on June 13, 2019, I served the foregoing "NOTICE OF DISMISSAL OF DEFENDANT FRANCISCO HUMBERTO DIAS DOING BUSINESS AS FRANTECH SOLUTIONS WITHOUT PREJUDICE" on Defendant Mr. Travis Robert McCrea at the email address teamcoltra@gmail.com, per agreement to electronic service. I served Defendant Francisco Humberto Dias via U.S. First Class International Mail at 3635 Craigmillar Ave., Victoria, British Columbia, V8P 3H2, Canada.

Dated:            June 13, 2019                       s/ Joshua S. Wyde

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| John Van Stry, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No.  2:19-cv-00104-WCB |
| Travis Robert McCrea and Francisco Humberto Dias doing business as "Frantech Solutions," | § § § § | Jury |
| *Defendants.* | § § § | |

### ORDER RE NOTICE OF DISMISSAL OF DEFENDANT FRANCISCO HUMBERTO DIAS DOING BUSINESS AS FRANTECH SOLUTIONS WITHOUT PREJUDICE

Having considered Plaintiff's Notice of Dismissal, the Court HEREBY DISMISSES WITHOUT PREJUDICE Defendant Francisco Humberto Dias ("Mr. Dias") doing business as "Frantech Solutions" with respect to all claims and causes of action in this litigation asserted against Mr. Dias.  Each party is to bear its own cost.

IT IS SO ORDERED.