IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN VAN STRY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Case No. 2:19-CV-00104-WCB |
| TRAVIS ROBERT McCREA AND FRANCISCO HUMBERTO DIAS, DOING BUSINESS AS "FRANTECH SOLUTIONS," | § § § § | |
| *Defendants*. | | |

## ORDER OF DISMISSAL

Before the Court is a Notice of Dismissal of Defendant Francisco Humberto Dias, doing business as "Frantech Solutions." Dkt. No. 10. Although court action is not necessary for a dismissal in a case such as this one, where the dismissal notice is filed before the opposing party has filed either an answer or a motion for summary judgment, *see* Fed. R. Civ. P. 41(a)(1)(A)(i), the Court will enter this order of dismissal to remove all doubt on that score.

Accordingly, the action against defendant Francisco Humberto Dias, doing business as "Frantech Solutions," is dismissed without prejudice as to all claims and causes of action asserted against Mr. Dias. Each party will bear its own costs in this matter.

IT IS SO ORDERED.

SIGNED this 13th day of June, 2019.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE