IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| John Van Stry, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No.   2:19-cv-00104-WCB |
| Travis Robert McCrea, | § § | Jury |
| *Defendants.* | § § § § | |

EXHIBIT 1—PLAINTIFF'S COUNSEL EMAILS TO DEFENDANT

| Document | Page(s) |
|---|---|
| January 10, 2020 Fischman Email to McCrea...................................... | 2 |
| January 10, 2020 Wyde Email to McCrea............................................ | 3 |

**jwyde@wydelegal.com**

| | |
|---|---|
| **From:** | Gary Fischman <fischman@fischmaniplaw.com> |
| **Sent:** | Friday, January 10, 2020 3:58 PM |
| **To:** | teamcoltra@gmail.com |
| **Cc:** | jwyde@wydelegal.com |
| **Subject:** | RE: Joshua Wyde Email |

Please include me on all communications you send to Mr. Wyde concerning the litigation.  Fischman@FischmanIPLaw.com is the only email account I use for my law practice.

Sincerely,


Gary J. Fischman

## Fischman Law PLLC
710 N. Post Oak Road
Suite 105
Houston, Texas 77024
Ofc.: (713) 900-4924
Mob.: (713) 480-7631



**From:** teamcoltra@gmail.com <teamcoltra@gmail.com>
**Sent:** Friday, January 10, 2020 3:06 PM
**To:** Gary Fischman <fischman@fischmaniplaw.com>; gifischman@gmail.com
**Subject:** Joshua Wyde Email

Can you please advise on Joshua Wyde's email address or confirm he has blocked me from sending to him? I have attempted to send over documents but it shows the email is blocked.


Travis McCrea
http://www.travismccrea.com
USA: 1(206) 552-8728 / CAN: 1(604) 500-4524

Studies show trees live longer when they are not cut down.
Please do not print this email unless you really have to.

**jwyde@wydelegal.com**

| | |
|---|---|
| **From:** | jwyde@wydelegal.com |
| **Sent:** | Friday, January 10, 2020 3:43 PM |
| **To:** | teamcoltra@gmail.com |
| **Cc:** | 'Gary Fischman' |
| **Subject:** | RE: Joshua Wyde Email [Van Stry v. McCrea] |

I have done nothing to block your emails.  Please reply to this email.

**From:** Gary Fischman <fischman@fischmaniplaw.com>
**Sent:** Friday, January 10, 2020 3:21 PM
**To:** jwyde@wydelegal.com
**Subject:** FW: Joshua Wyde Email

Do you know what is going on?

**From:** teamcoltra@gmail.com <teamcoltra@gmail.com>
**Sent:** Friday, January 10, 2020 3:06 PM
**To:** Gary Fischman <fischman@fischmaniplaw.com>; gifischman@gmail.com
**Subject:** Joshua Wyde Email

Can you please advise on Joshua Wyde's email address or confirm he has blocked me from sending to him? I have attempted to send over documents but it shows the email is blocked.

Travis McCrea
http://www.travismccrea.com
USA: 1(206) 552-8728 / CAN: 1(604) 500-4524

Studies show trees live longer when they are not cut down.
Please do not print this email unless you really have to.