UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

ROOM 125, 100 EAST HOUSTON STREET

MARSHALL, TEXAS 75670

OFFICIAL BUSINESS

$ 000.80⁰

0000914839     FEB 18 2020

MAILED FROM ZIP CODE 75670

MOVED / UNKNOWN // DEMENAGE OU INCONNU
RETURN TO SENDER
RENVOI A L'EXPEDITEUR
TX  75670
USA

7SE7084144 C016