IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN VAN STRY, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:19-CV-00104-WCB |
| TRAVIS ROBERT McCREA, | § § § | |
| *Defendant*. | § | |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

This action came on for summary judgment before the Court. A decision having been duly rendered in the Court's orders on April 9, 2020 and April 20, 2020,

It is ORDERED and ADJUDGED

(1)  that pursuant to Federal Rule of Civil Procedure Rule 37(b)(2)(c) the Court's April 9, 2020, order, Defendant Travis Robert McCrea shall pay Plaintiff John Van Stry $3,605 as a sanction for Mr. McCrea's failure to comply with his discovery obligations;

(2)  that pursuant to the Court's April 9, 2020, order, Mr. McCrea has been found to have willfully infringed the following of Mr. Van Stry's copyrighted works: Portals of Infinity: Book One: Champion for Hire; Perfect Strangers; Portals of Infinity: Kaiju; Portals of Infinity: Book Two: The God Game; Portals of Infinity: Book Three: Of Temples and Trials; Portals of Infinity: Book Four: The Sea of Grass; Portals of Infinity: Book Five: Demigods and Deities; Portals of Infinity: Reprisal; When It Falls; Stand On It; Black Friday; and Over Our Heads;

(3)  that pursuant to 17 U.S.C. § 504(c) and the Court's April 20, 2020, order, Plaintiff is awarded statutory damages from the Defendant in the amount of $9,000;

(4) that pursuant to 17 U.S.C. § 502 and the Court's April 20, 2020 order, Defendant is hereby permanently and immediately enjoined from: Copying, reproducing, or distributing, either directly or vicariously, plaintiff's copyrighted works, whether now in existence or hereafter created, without the authorization of the copyright owner, including:

    Portals of Infinity: Book One: Champion for Hire

    Perfect Strangers

    Portals of Infinity: Kaiju

    Portals of Infinity: Book Two: The God Game

    Portals of Infinity: Book Three: Of Temples and Trials

    Portals of Infinity: Book Four: The Sea of Grass

    Portals of Infinity: Book Five: Demigods and Deities

    Portals of Infinity: Reprisal

    When It Falls

    Stand On It

    Black Friday

    Over Our Heads

Costs, including attorney's fees, are awarded to the Plaintiff and against the Defendant in accordance with 17 U.S.C. § 505 and the Court's April 20, 2020, order. Mr. Van Stry shall submit affidavits setting forth his costs and attorney's fees within fourteen days of the entry of this judgment. Mr. Van Stry should not include in the affidavit the expenses that have been separately assessed against Mr. McCrea as a result of the Court's sanctions. Mr. McCrea will be given seven days to object to the requested costs and attorney's fees, and if he objects, Mr. Van Stry will be given five days to reply.

This Court will retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation, enforcement, or modification of this Final Judgment and Permanent Injunction and to determine the reasonable amount of Mr. Van Stry's fees and costs.

IT IS SO ORDERED.

SIGNED this 20th day of April, 2020.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE