IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN VAN STRY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:19-CV-00104-WCB |
| | § | |
| TRAVIS ROBERT McCREA, | § | |
| | § | |
| *Defendant*. | § | |

**AMENDED FINAL JUDGMENT AND PERMANENT INJUNCTION**

This action came on for summary judgment before the Court. A decision having been duly rendered in the Court's orders on April 9, 2020 and April 20, 2020,

It is ORDERED and ADJUDGED

(1) that pursuant to Federal Rule of Civil Procedure Rule 37(b)(2)(c) the Court's April 9, 2020, order, Defendant Travis Robert McCrea shall pay Plaintiff John Van Stry $3,605 as a sanction for Mr. McCrea's failure to comply with his discovery obligations;

(2) that pursuant to the Court's April 9, 2020, order, Mr. McCrea has been found to have willfully infringed the following of Mr. Van Stry's copyrighted works: Portals of Infinity: Book One: Champion for Hire; Perfect Strangers; Portals of Infinity: Kaiju; Portals of Infinity: Book Two: The God Game; Portals of Infinity: Book Three: Of Temples and Trials; Portals of Infinity: Book Four: The Sea of Grass; Portals of Infinity: Book Five: Demigods and Deities; Portals of Infinity: Reprisal; When It Falls; Stand On It; Black Friday; and Over Our Heads;

(3) that pursuant to 17 U.S.C. § 504(c) and the Court's April 20, 2020, order, Plaintiff is awarded statutory damages from the Defendant in the amount of $9,000;

      (4)    that pursuant to 17 U.S.C. § 502 and the Court's April 20, 2020 order, Defendant is hereby permanently and immediately enjoined from: Copying, reproducing, or distributing, either directly or vicariously, plaintiff's copyrighted works, whether now in existence or hereafter created, without the authorization of the copyright owner, including:

      Portals of Infinity: Book One: Champion for Hire

      Perfect Strangers

      Portals of Infinity: Kaiju

      Portals of Infinity: Book Two: The God Game

      Portals of Infinity: Book Three: Of Temples and Trials

      Portals of Infinity: Book Four: The Sea of Grass

      Portals of Infinity: Book Five: Demigods and Deities

      Portals of Infinity: Reprisal

      When It Falls

      Stand On It

      Black Friday

      Over Our Heads

Costs, including attorney's fees, are awarded to the Plaintiff and against the Defendant in accordance with 17 U.S.C. § 505 and the Court's April 20, 2020, order. Mr. Van Stry submitted an affidavit setting forth the amount of his requested costs and attorney's fees. Mr. Van Stry did not include in the affidavit the expenses that have been separately assessed against Mr. McCrea as a result of the Court's sanctions. Mr. McCrea has not objected to the requested amounts. The Court is satisfied that the request for fees and costs is reasonable and in accordance with law. In addition to the statutory damages, therefore, the Court enters an award of costs in favor of the

plaintiff and against the defendant in the amount of $1,476.86.  The Court also enters an award of attorney's fees in favor of the plaintiff and against the defendant in the amount of $60,795.

This Court will retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation, enforcement, or modification of this Amended Final Judgment and Permanent Injunction.

IT IS SO ORDERED.

SIGNED this 1st day of May, 2020.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE